

1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                          **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,         )
9              Plaintiff,            )
                                     )
10       v.                          )   3:14-CR-085-RCJ-(WGC)
                                     )
11  EMANI W. GORDON,                 )
                                     )
12             Defendant.            )

13                        **FINAL ORDER OF FORFEITURE**

14       On June 1, 2015, the United States District Court for the District of Nevada entered a
15  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United
16  States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c) based upon the plea
17  of guilty by defendant EMANI W. GORDON to the criminal offense, forfeiting the property set forth
18  in the Forfeiture Allegation of the Indictment and shown by the United States to have the requisite
19  nexus to the offense to which defendant EMANI W. GORDON pled guilty. Indictment, ECF No. 1;
20  Change of Plea, ECF No. 23; Preliminary Order of Forfeiture, ECF No. 27.
21       This Court finds the United States of America published the notice of forfeiture in accordance
22  with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively
23  from June 4, 2015, through July 3, 2015, notifying all potential third parties of their right to petition
24  the Court. Notice of Filing Proof of Publication, ECF No. 28.
25       This Court finds no petition was filed herein by or on behalf of any person or entity and the
26  time for filing such petitions and claims has expired.

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.
3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section
7  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
8  law:

   1. a Glock .45 caliber semi-automatic pistol, bearing serial number TRF913 and
   2. any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 21st day of September 2015.

_____
UNITED STATES DISTRICT JUDGE