# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

            Plaintiff-Respondent,

v.

EMANI W. GORDON,

            Defendant-Petitioner.

JUDGMENT

Case Number: 3:14-cr-00085-RCJ-WGC
(Related Case  3: 20-cv-00371-RCJ)

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Vacate, Set Aside, or Correct Sentence (ECF No. 41) is **DENIED**.
    **IT IS FURTHER ORDERED** that no certificate of appealability shall issue.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly.



Date: November 9, 2021

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk